```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NOEL ARROYO-BEY,

                Plaintiff,

-against-

MODERN ORTHODONTICS and DR. KENNETH COOPERMAN,

                Defendants.

23 Civ. 3511 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **January 12, 2024**, Plaintiff shall either move for default judgment in accordance with Attachment A to the Court's Individual Practices in Civil Cases, or file a letter informing the Court of his intentions regarding the prosecution of this matter.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: December 14, 2023
       New York, New York

                                            ANALISA TORRES
                                           United States District Judge