**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
NOEL ARROYO-BEY,                              :
                                              :
                    Plaintiff,                :        23-CV-3511 (AT) (OTW)
                                              :
         -against-                            :        ORDER
                                              :
MODERN ORTHODONTICS and KENNETH               :
COOPERMAN,                                    :
                                              :
                    Defendants.               :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of *pro se* Plaintiff's letter. (ECF 21). Plaintiff's motion for a 30-day extension of time to file their proposed (1) findings of fact and conclusions of law, and (2) inquest memorandum setting forth proof of damages is **GRANTED**.

The Court notes that the last Order (ECF 20) was returned to sender. In ECF 21, *pro se* Plaintiff provides an updated address. (ECF 21 at 2). The Clerk of Court is respectfully directed to update *pro se* Plaintiff's address on the docket, as listed in ECF 21 at 2. The Clerk of Court is further directed to serve copies of this Order on the parties.

**SO ORDERED.**

Dated: February 5, 2024  
       New York, New York

                                                   */s/ Ona T. Wang*  
                                                      **Ona T. Wang**  
                                              United States Magistrate Judge