**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
NOEL ARROYO-BEY,

                Plaintiff,                            23-CV-3511 (AT) (OTW)

           -against-                          **ORDER**

MODERN ORTHODONTICS and KENNETH COOPERMAN,

                Defendants.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendants' motion to vacate the entry of default. (ECF 24).

*Pro se* Plaintiff is directed to respond **by Tuesday, April 2, 2024**.

The Clerk of Court is respectfully directed to serve a copy of this Order on *pro se* Plaintiff.

        **SO ORDERED.**

                                                          */s/ Ona T. Wang*

Dated: March 5, 2024                                        **Ona T. Wang**
        New York, New York                    United States Magistrate Judge